```
                                    FILED
                              CLERK, U.S. D[...]

                                 SEP 30 2009

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE W. JEAN-LOUIS,<br><br>Petitioner,<br><br>v.<br><br>U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, etc., et al.,<br><br>Respondents. | Case No. CV 09-5494-ODW (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus without prejudice.

DATED: Sept. 30, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE