FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE W. JEAN-LOUIS, | Case No. CV 09-5494-ODW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, etc., et al., | |
| Respondents. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: Sept. 30, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE